Wyatt Johnson, ISB: 5858
Michelle R. Points, ISB: 6224
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702
T | (208) 384-8588
F | (208) 629-2157
E | wyatt@angstman.com
  mpoints@pointslaw.com

*Attorneys for Defendants Shawn Cutting and
Crypto Traders Management, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRYPTO TRADERS MANAGEMENT, LLC, a dissolved Idaho limited liability company; and SHAWN CUTTING, an individual,<br><br>Movant,<br><br>vs.<br><br>UNITED STATE SECURITIES AND EXCHANGE COMMISSION,<br><br>Respondent. | Case No.<br><br>**MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978** |

I, Janine Cutting, move this Court, pursuant to Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. 3410, for an order preventing the government from obtaining access to my financial records. The agency seeking access is the United State Securities and Exchange Commission.

My financial records are held by Washington Federal, N.A., 425 Pike Street, Seattle, WA 98101-3902.

I have attached my sworn statement in support of this motion.

Respectfully submitted,

s/ Michelle R. Points
Michelle R. Points

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on the 5th day of January, 2021, I have mailed or delivered a copy of the attached Motion and sworn statement to the below listed individuals by the method indicated below:

Mary S. Brady
Assistant Regional Director
Denver Regional Office
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961

[ ] Hand Delivered
[x] U.S. Mail, Postage Paid
[ ] Fax
[ ] Email
[ ] iCourt Filing

Richard M. Humes, Esq.
Associate General Counsel
Securities and Exchange Commission
100 F St., N.E.
Washington D.C 20549

[ ] Hand Delivered
[x] U.S. Mail, Postage Paid
[ ] Fax
[ ] Email
[ ] iCourt Filing

s/ Michelle R. Points
Michelle R. Points