Kevin D. Solonsky
D.C. Bar Number 437119
solonskykd@sec.gov
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9613
Telephone:  (202) 551-5014
Facsimile:  (202) 772-9263

Counsel for Respondent
United States Securities and Exchange Commission

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRYPTO TRADERS MANAGEMENT, LLC, a dissolved Idaho limited liability company; and SHAWN CUTTING, an individual, <br><br>Movants, <br><br>v. <br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br>Respondent. | 1:21-mc-00376-DCN |

**VERIFICATION OF MATTHEW SKIDMORE
IN SUPPORT OF OPPOSITION OF RESPONDENT
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
<u>TO MOTION TO QUASH SUBPOENA</u>**

I, Matthew Skidmore, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct.  This verification is based upon my personal knowledge, and is submitted in support of the Verified Opposition of

Respondent United States Securities and Exchange Commission to Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("Verified Opposition").

1. I am a staff attorney with the Securities and Exchange Commission's ("SEC") Division of Enforcement, and one of several attorneys designated by the formal order in the Matter of Crypto Traders Management, LLC (D-3957), as an officer of the SEC to help conduct the investigation. I have helped conduct the investigation, and as a result, am familiar with the facts of the investigation.

2. I have read the SEC's Verified Opposition, and certify that the facts set forth therein are true and correct to the best of my knowledge.

By: /s/ *Matthew Skidmore*
Matthew Skidmore

Dated: January 28, 2021